IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| GLADYS M. COTTO, | Case No.: 08-CV-2298-JMR/FLN |
| Plaintiff, | |
| v. | RULE 7.1 STATEMENT |
| PFIZER, INC., PHARMACIA CORPORATION, and DOES 1-10 | |
| Defendants. | Jury Trial Demanded |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Pfizer Inc. ("Pfizer") and Pharmacia Corporation ("Pharmacia") submit this their Corporate Disclosure Statement. Defendants Pfizer and Pharmacia state:

1. Defendant Pfizer Inc. does not have any parent corporations, and no publicly traded company owns 10% or more of Pfizer Inc.'s stock.

2. Defendant Pharmacia Corporation is a wholly-owned subsidiary of Defendant Pfizer Inc.

Respectfully submitted,

Dated: July 11, 2008.   FAEGRE & BENSON LLP

*s/ Joseph M. Price*
Joseph M. Price, # 88201
Erin M. Verneris # 0335174
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
T (612) 766-7000
F (612) 766-1600

fb.us.3050185.01

*Attorneys for Defendants Pfizer Inc. and Pharmacia Corporation*