## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **GLADYS M. COTTO,** | Case No.: 08-CV-2298-JMR/FLN |
| **Plaintiff,** | |
| v. | **CERTIFICATE OF SERVICE** |
| **PFIZER, INC., PHARMACIA CORPORATION, and DOES 1-10,** | |
| **Defendants.** | **Jury Trial Demanded** |

I hereby certify that on July 11, 2008, I caused the following documents:

1. **ANSWER AND JURY TRIAL DEMAND**
2. **RULE 7.1 STATEMENT**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**James C MacGillis**
**jmacgillis@trepanierlaw.com**

I further certify that the above documents were served conventionally, via, U. S. Mail and/or overnight mail, to the following attorneys for Plaintiff:

**Brian A, Goldstein**
**CELLINO & BARNES, PC**
**17 Court Street, 7th Floor**
**Buffalo, New York 14202**

Dated:  July 11, 2008.

FAEGRE & BENSON LLP

*s/ Joseph M. Price*
Joseph M. Price, # 88201
Erin M. Verneris # 0335174
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
T (612) 766-7000
F (612) 766-1600

fb.us.3050182.01

*Attorneys for Defendants Pfizer Inc. and Pharmacia Corporation*