CLOSED, CV

# U.S. District Court
# District of Minnesota (DMN)
# CIVIL DOCKET FOR CASE #: 0:08–cv–02298–JMR–FLN

Cotto v. Pfizer Inc. et alDO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT..
Assigned to: Judge James M. Rosenbaum
Referred to: Magistrate Judge Franklin L. Noel
Cause: 28:1332–pip–Diversity–Personal Injury, Product Liability

Date Filed: 06/16/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Gladys M Cotto**  represented by  **Brian–NA A Goldstein**
Not admitted
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James C MacGillis**
Trepanier &MacGillis PA
310 4th Ave S Ste 8000
Mpls, MN 55415
612–455–0500
Fax: 612–455–0501
Email: jmacgillis@trepanierlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer Inc.**  represented by  **Erin M Verneris**
Faegre &Benson LLP
90 S 7th St Ste 2200
Mpls, MN 55402–3901
612–766–7380
Fax: 612–766–1600
Email: everneris@faegre.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph M Price**
Faegre &Benson LLP
90 S 7th St Ste 2200
Mpls, MN 55402–3901
612–766–7000
Fax: 612–766–1600
Email: jprice@faegre.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Pharmacia Corporation** *also known as* Pharmacia Pharmaceutical Corporation | represented by | **Erin M Verneris** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* **Joseph M Price** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Defendant**

**Does 1–10**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/16/2008 | 1 | COMPLAINT against Pfizer Inc., Pharmacia Corporation, Does 1–10 ( Filing fee $ 350 receipt number 4–24558), filed by Gladys M Cotto. Assigned to Judge James M Rosenbaum per Master List, referred to Magistrate Judge Franklin L Noel. (Attachments: # 1 Civil Cover Sheet) (jam) (Entered: 06/17/2008) |
| 06/16/2008 |  | Summons Issued as to Pfizer Inc., Pharmacia Corporation, Does 1–10. (jam) (Entered: 06/17/2008) |
| 07/11/2008 | 2 | ANSWER to Complaint by Pfizer Inc., Pharmacia Corporation. (Price, Joseph) (Entered: 07/11/2008) |
| 07/11/2008 | 3 | RULE 7.1 DISCLOSURE STATEMENT by Pfizer Inc., Pharmacia Corporation that there is no such parent or publicly held corporation to report. (Price, Joseph) (Entered: 07/11/2008) |
| 07/11/2008 | 4 | CERTIFICATE OF SERVICE by Pfizer Inc., Pharmacia Corporation re 3 Rule 7.1 – Disclosure Statement, 2 Answer to Complaint (Price, Joseph) (Entered: 07/11/2008) |
| 08/11/2008 | 5 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO–105) transferring case to the Northern District of California per MDL Panel for coordinated or consolidated pretrial proceedings. Case assigned to Judge Charles R. Breyer. (jam) (Entered: 08/11/2008) |